IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

David Dwight Smith

Inmate Identification Number: 832

(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

Walk Co Sheriff Dept.
Sheriff, John Mark Tirey,
Jail Administrator Trent McCluskey

(Enter above full name(s) of the defendant(s)
in this action)

CV-08-JEO-2238-J

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )          No ( X )

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s): _____

             Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement   Walker County Jail

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( ✓ )    No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( X )    No ( )

   C. If your answer is YES:

      1. What steps did you take? I wrote a request to the Sheriff, John Mark Tirey

      2. What was the result? I never heard anything back on the grievance.

   D. If your answer is NO, explain why not? _____

2

IV. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) David Dwight Smith

Address 2001 2nd Ave W
Jasper al 35501

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant John Mark Tirey

is employed as Sheriff

at Walker County Sheriff Dept

C. Additional Defendants Trent McCluskey
Jail Administrator
Walker County Jail

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Nov 24th 2007 I came to Walker Co Jail there was no lights in any of the cells in the whole jail. I said something to Lt. Tommy Miller witch was a CO1 at the time

3

He said the Sheriff John Mark Tirey said he wouldn't fix the lights Because the inmates are tearing them up. The light hasn't worked for over two years that I know of.

**RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To make them fix the lights & Plumbing Toilots & sinks
To make them pay for the lost of eye sight.
To make them pay for risking my Health by putting me in a cell with Human waste in the toilet to make them pay for Violating my Civil Rights.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-24-08 .

David Dwight Smith

Signature(s)

V. Statement of Claim:

Nov 7th 2008 Jail administrator Trent McCluskey Ordered Officer CO1 Charles Hanna to put me in cell M005 officer Charles Hanna knew as well as Trent McCluskey knew the plumbing didn't work. I showed officer Charles Hanna & officer ~~willam~~ Ray they where Human waist in the toilet Both CO1's said a they Notified Trent McCluskey the condition of the cell & he Ordered me to stay there. I stayed over night in them conditions. The lights didn't work in that cell as well.